IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL ELLIOTT : CIVIL ACTION
:
v. : NO. 18-3761
:
KATHY BRITTAIN, et al. :

## O R D E R

**AND NOW,** this 5th day of March, 2019, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of Thomas J. Rueter, United States Magistrate Judge, to which no objections have been filed, it is **ORDERED:**

1. The Report and Recommendation is **APPROVED** and **ADOPTED.**
2. The Petition for Writ of Habeas Corpus (Doc 10) is **DISMISSED**.
3. A certificate of appealability is **not** granted.
4. The Clerk is DIRECTED to mark this case **CLOSED**.

/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J.**